UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| KELLY HYDRAULICS, INC., | § § § | CASE NO. 21-33269 |
| DEBTOR. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO EMPLOY ACCOUNTANT (RE: DOCKET NO. ___)**

On this day came on for consideration the *Motion of Debtor to Employ Accountant*

DENIED without prejudice for failure to file the Lovell Declaration.

set forth in the Motion.

4. Interim and/or final compensation of the Accountant shall occur only by subsequent motion and order of the Court.

Dated: _____

Signed: March 02, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

_____
THE HON. MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE