UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KELLEY HYDRAULICS, INC. | § | CASE NO. 21-33269 |
| | § | |
| DEBTOR. | § | |

**EMERGENCY MOTION TO CONTINUE MARCH 7, 2022 CONFIRMATION HEARING (RE: DOCKET NO. 48)**

TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE:

Kelley Hydraulics, Inc., Debtor and Debtor in Possession, files this *Emergency Motion to Continue March 7, 2022 Confirmation Hearing* and in support thereof would show to the Court the following.

1. Debtor seeks to continue the confirmation hearing currently set on March 7, 2022 at 9:30 a.m. to a date on or after March 21, 2022 (but not March 30, 2022).[1]

2. Sufficient cause exists to continue the confirmation hearing including but not limited to the following.

3. The Debtor continues to negotiate with the first lien holder, NLCG, and progress has been made with respect to agreeable terms. Additional time is necessary to (1) work on final details and/or (2) arrive at an agreeable form of modification.

4. Meanwhile, the Debtor has received a transaction history from NLCG, and Mr. Kelley is reviewing and/or verifying the application of payments and accrual of interest to date.

5. With the additional time, the Debtor believes that a consensual plan is within reach.

---

[1] The undersigned is scheduled to be in El Paso on March 30, 2022 for a confirmation hearing (txwb 21-30107).

**EMERGENCY MOTION OF DEBTOR TO CONTINUE MARCH 7, 2022 CONFIRMATION HEARING (RE: DOCKET NO. 48) — Page 1**

emergency motion continue conf hearing (2108410-2x1071EA).DOCX) [1]

6. The Debtor has communicated with each of NLCG, the local tax authorities represented by Perdue Brandon, and Mr. McManigle, and each of the foregoing parties is unopposed to continuing the hearing to date on or after March 21, 2022.

7. Debtor does not seek the relief requested herein merely for purposes of delay.

8. A proposed form of order accompanies this Motion and is incorporated by reference herein.

WHEREFORE, Kelley Hydraulics, Inc., Debtor and Debtor in Possession, respectfully requests that the Court reschedule the confirmation hearing to a date on or after March 21, 2022 (but not on March 30, 2022). Debtor requests such other and further relief to which Debtor is entitled at law or in equity.

Dated:  March 2, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:  */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com
ATTORNEYS FOR KELLEY HYDRAULICS, INC., DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF CONFERENCE**
The Debtor through the undersigned has communicated with the parties who are actively involved in the Plan process to date, as set forth in Paragraph No. 6 above.  All such parties are unopposed to rescheduling the confirmation hearing.
    */s/ Jeff Carruth*
    Jeff Carruth

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 2, 2022 as set forth in the attached service list.
    */s/ Jeff Carruth*
    JEFF CARRUTH

| Address1 | Address1 | Address3 | Address4 | Address5 | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Kelley Hydraulics, Inc. -- MODIFIED SERVICE LIST  January 25, 2022 | | | | | |
| Kelley Hydraulics, Inc | 17933 FM 362 | | | Waller, TX 77484-9397 | Direct email |
| Next Level Capital Solutions, LLC | c/o Alexander Perez | Hughes Watters Askanase | 1201 Louisiana, 28th Fl | Houston, TX 77002-5607 | NOA-ECF |
| WALLER COUNTY, et al | | | | | undeliverable |
| Harris County, et al. | c/o John P. Dillman | Linebarger Goggan Blair & Sampson | P O Box 3064 | Houston, TX 77253-3064 | NOA-ECF |
| Internal Revenue Service | 7200 N MoPac, Suite 120 | | | Austin, TX 78731-3058 | Regular mail |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | | Philadelphia, PA 19101-7346 | n/a -duplicate |
| Internal Revenue Service | Special Procedures Staff - Insolvency | P. O. Box 7346 | | Philadelphia, PA 19101-7346 | Regular mail |
| Joe Kelley | 17933 FM 362 | | | Waller, TX 77484-9397 | Direct email |
| NLCG Private Lending Fund, LLC | 2200 Market St, Suite 412 | | | Galveston, TX 77550-1532 | NOA-ECF |
| Peter J. Sapio Jr | Doyle Law Firm | 6710 Stewart Rd #300 | | Galveston, TX 77551-2216 | n/a - NLCG prepetition counsel |
| Securities & Exchange Commission | Attn: Angela Dodd | 175 W. Jackson Blvd. | Suite 900 | Chicago, IL 60604-2908 | Regular mail |
| US Trustee | Office of the US Trustee | 515 Rusk Ave | Ste 3516 | Houston, TX 77002-2604 | NOA-ECF |
| WALLER COUNTY | 730 9TH STREET | | | HEMPSTEAD TX 77445-4534 | NOA-ECF |
| Waller County School District | 1918 Key St | | | Waller, TX 77484-8400 | NOA-ECF |
| Drew McManigle | Chapter 11 Trustee | 700 Milam, Suite 1300 | | Houston, TX 77002-2736 | NOA-ECF |
| Jeffery Dayne Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 24 Greenway Plaza, #2050 | | Houston, TX 77046-2445 | n/a |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KELLEY HYDRAULICS, INC. | § § | CASE NO. 21-33269 |
| DEBTOR. | § § | |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARING (RE: DOCKET NOS. 48, 57)**

On this day came on for consideration the *Emergency Motion to Continue Confirmation Hearing* (Docket No. 57) (the "Motion") filed herein on March 2, 2022 by Kelley Hydraulics, Inc., Debtor and Debtor in Possession. The Court finds and concludes that the sufficient cause exists to grant the Motion.

**IT IS THEREFORE ORDERED THAT:**

1. The hearing to consider the Chapter 11 plan of the Debtor (Docket No. 32) set for March 7, 2022 at 9:30 a.m. pursuant to the prior Order of the Court (Docket No. 48) is rescheduled to the date, time, and location set forth above at the top of this Order and/or on the docket of this case. The Debtor is responsible for notice.

Dated: _____

_____
THE HON. MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE