# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KELLEY HYDRAULICS, INC. | § § | CASE NO. 21-33269 |
| DEBTOR. | § § | |

## ORDER GRANTING EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARING (RE: DOCKET NOS. 48, 57)

On this day came on for consideration the *Emergency Motion to Continue Confirmation Hearing* (Docket No. 57) (the "Motion") filed herein on March 2, 2022 by Kelley Hydraulics, Inc., Debtor and Debtor in Possession. The Court finds and concludes that the sufficient cause exists to grant the Motion.

**IT IS THEREFORE ORDERED THAT:**

1. The hearing to consider the Chapter 11 plan of the Debtor (Docket No. 32) set for March 7, 2022 at 9:30 a.m. pursuant to the prior Order of the Court (Docket No. 48) is rescheduled to the date, time, and location set forth above at the top of this Order and/or on the docket of this case. The Debtor is responsible for notice.

Dated: _____

_____
THE HON. MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE