United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KELLEY HYDRAULICS, INC. | § | CASE NO. 21-33269 |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARING (RE: DOCKET NOS. 48, 57)

On this day came on for consideration the *Emergency Motion to Continue Confirmation Hearing* (Docket No. 57) (the "Motion") filed herein on March 2, 2022 by Kelley Hydraulics, Inc., Debtor and Debtor in Possession. The Court finds and concludes that the sufficient cause exists to grant the Motion.

**IT IS THEREFORE ORDERED THAT:**

1. The hearing to consider the Chapter 11 plan of the Debtor (Docket No. 32) set for March 7, 2022 at 9:30 a.m. pursuant to the prior Order of the Court (Docket No. 48) is rescheduled to March 21, 2022 at 1:30 p.m. The Debtor is responsible for notice.

Signed: March 03, 2022

_____
Marvin Isgur
United States Bankruptcy Judge