## "SERVICE LIST"

## CASE NO. 21-33269-H1-11

## KELLEY HYDRAULICS, INC., DEBTOR

Kelley Hydraulics, Inc.
17933 FM 362
Waller, Texas  77484

Joe Kelley, President/Director
17933 FM 362
Waller, Teas  77484

**DEBTOR**

Jeffrey Carruth, Attorney
Weycer Kaplan Pulaski & Zuber, PC
24 Greenway Plaza, #2050
Houston, Texas  77046

**DEBTOR'S ATTORNEY**

Office of United States Trustee
515 Rusk, Suite 3516
Houston, Texas  77002

Drew McManigle
700 Milam, Suite 1300
Houston, Texas  77002

**CHAPTER 11 TRUSTEE**

**SECURED CREDITORS:**

Next Level Capital Group
2200 Market Street, Suite 412
Galveston, Texas  77550

Waller County ISD
1918 Key Street
Waller, Texas  77484

## "SERVICE LIST"

## CASE NO. 21-33269-H1-11

## KELLEY HYDRAULICS, INC., DEBTOR

**TAXING AUTHORITIES:**

Harris County, et al
c/o John P. Dillman, Attorney
Linebarger Goggan, et al
P. O. Box 3064
Houston, Texas  77253-3064

Internal Revenue Service
Special Procedures Staff – Insolvency
P. O. Box 7346
Philadelphia, Pennsylvania  19101-7346

Internal Revenue Service
7200 N. MoPac, Suite 120
Austin, Texas  78731-3058

Internal Revenue Service
Insolvency Section
1919 Smith Street MAIL STOP 5022
Houston, Texas  77002

Waller County Tax Office
730 9th Street
Hempstead, Texas  77445-4534

**UNSECURED CREDITORS:**

Doyle Law Firm, PLLC
6710 Steward Road, #300
Galveston, Texas  77551

Hunter Kelsey of Texas
7200 N. Mopac, #120
Austin, Texas  78731

Larson & Weisinger, Attorneys
2040 North Loop West 336, #201
Conroe, Texas  77305-2666

**PARTIES-IN-INTEREST:**

Securities & Exchange Commission
Attn:  Angela Dodd
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois  60604

**PARTIES REQUESTING NOTICE:**

Waller County, Waller County FM and
Waller-Harris Emer Services Dist. #200
c/o Owen M. Sonik, Attorney
Perdue Brandon, et al
1235 North Loop West, Suite 600
Houston, Texas  77008