United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 02, 2022
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KELLY HYDRAULICS, INC., | § § | CASE NO. 21-33269 |
| DEBTOR. | § § | |

**~~ORDER GRANTING MOTION OF DEBTOR TO EMPLOY ACCOUNTANT (RE: DOCKET NO. ___)~~**

**DENIED without prejudice for failure to file the Lovell Declaration.**

On this day came on for consideration the *Motion of Debtor to Employ Accountant*

[text obscured by denial box]

set forth in the Motion.

4. Interim and/or final compensation of the Accountant shall occur only by subsequent motion and order of the Court.

Dated: _____

Signed: March 02, 2022

/s/ Marvin Isgur
Marvin Isgur
United States Bankruptcy Judge

THE HON. MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 21-33269-mi
Kelley Hydraulics, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 2
Date Rcvd: Mar 02, 2022     Form ID: pdf002     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelley Hydraulics, Inc., 17933 FM 362, Waller, TX 77484-9397 |
| aty | + | Next Level Capital Solutions, LLC, c/o Alexander Perez, Hughes Watters Askanase, 1201 Louisiana, 28th Fl, Houston, TX 77002 UNITED STATES 77002-5607 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WALLER COUNTY, et al |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Rafael Perez | on behalf of Attorney Next Level Capital Solutions  LLC APerez@hwallp.com, dkokenes@hwallp.com |
| Drew McManigle | drew@MaccoRestructuringGroup.com  kathy@macco.group;TX86@ecfcbis.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jeffery Dayne Carruth | on behalf of Debtor Kelley Hydraulics  Inc. jcarruth@wkpz.com, |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf002 | Total Noticed: 2 |

Owen Mark Sonik
    jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

    on behalf of Creditor WALLER COUNTY  et al osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 6