United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KELLEY HYDRAULICS, INC. | § | CASE NO. 21-33269 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARING (RE: DOCKET NOS. 48, 57)**

On this day came on for consideration the *Emergency Motion to Continue Confirmation Hearing* (Docket No. 57) (the "Motion") filed herein on March 2, 2022 by Kelley Hydraulics, Inc., Debtor and Debtor in Possession. The Court finds and concludes that the sufficient cause exists to grant the Motion.

**IT IS THEREFORE ORDERED THAT:**

1. The hearing to consider the Chapter 11 plan of the Debtor (Docket No. 32) set for March 7, 2022 at 9:30 a.m. pursuant to the prior Order of the Court (Docket No. 48) is rescheduled to March 21, 2022 at 1:30 p.m. The Debtor is responsible for notice.

Signed: March 03, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| In re: | Case No. 21-33269-mi |
|---|---|
| Kelley Hydraulics, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf001 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelley Hydraulics, Inc., 17933 FM 362, Waller, TX 77484-9397 |
| aty | + | Next Level Capital Solutions, LLC, c/o Alexander Perez, Hughes Watters Askanase, 1201 Louisiana, 28th Fl, Houston, TX 77002 UNITED STATES 77002-5607 |
| 11965497 | + | Internal Revenue Service, 7200 N MoPac, Suite 120, Austin, TX 78731-3058 |
| 11965499 | + | Joe Kelley, 17933 FM 362, Waller, TX 77484-9397 |
| 12029229 | + | NLCG Private Lending Fund, LLC, c/o Alexander Perez, Attorney, 1201 Louisiana, 28th Floor, Houston, Texas 77002-5607 |
| 11965500 | + | NLCG Private Lending Fund, LLC, 2200 Market St, Suite 412, Galveston, TX 77550-1532 |
| 11965501 | + | Peter J. Sapio Jr, Doyle Law Firm, 6710 Stewart Rd #300, Galveston, TX 77551-2216 |
| 11979792 | + | WALLER COUNTY, 730 9TH STREET, HEMPSTEAD TX 77445-4534 |
| 11965502 | + | Waller County School District, 1918 Key St, Waller, TX 77484-8400 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11965494 | + | Email/Text: houston_bankruptcy@LGBS.com | Mar 03 2022 20:04:00 | Harris County, et al., c/o John P. Dillman, Linebarger Goggan Blair & Sampson, P O Box 3064, Houston, TX 77253-3064 |
| 11965495 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2022 20:04:00 | Internal Revenue Service, Insolvency Section, 1919 Smith MAIL STOP HOU 5022, Houston, TX 77002 |
| 11965493 | | Email/Text: bankruptcynoticeschr@sec.gov | Mar 03 2022 20:04:00 | Securities & Exchange Commission, Attn: Angela Dodd, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604-2908 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WALLER COUNTY, et al |
| 11965496 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Section, 1919 Smith MAIL STOP HOU 5022, Houston, TX 77002 |
| 11965498 | * | Internal Revenue Service, Special Procedures Staff - Insolvency, P. O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf001 | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                                        Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Rafael Perez | on behalf of Attorney Next Level Capital Solutions  LLC APerez@hwallp.com, dkokenes@hwallp.com |
| Drew McManigle | drew@MaccoRestructuringGroup.com kathy@macco.group;TX86@ecfcbis.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jeffery Dayne Carruth | on behalf of Debtor Kelley Hydraulics  Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Owen Mark Sonik | on behalf of Creditor WALLER COUNTY  et al osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6