UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-33269 |
| KELLEY HYDRAULICS, INC., § | |
| § | CHAPTER 11 |
| Debtor. § | |

## EXHIBIT AND WITNESS LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| **Bankruptcy Case No. 21-bk-33269 (MI)** | **Debtor:** Kelley Hydraulics, Inc. |
| **Witness(es):**<br>1. Joseph Kelley;<br>2. Any rebuttal witnesses; and<br>3. Any person designated as a witness by any other party. | **Judge:** Marvin Isgur |
| | **Case Manager:** LinhThu Do |
| | **Hearing Date:** March 21, 2022 |
| | **Hearing Time:** 1:30 p.m. |
| | **Party's Name:** NLCG Private Lending Fund, LLC |
| | **Attorney's Name:** Alexander Perez |
| | **Attorney's Phone:** (713) 759-0818 |
| | **Nature of Proceeding:**<br>1. *Subchapter V Plan of Reorganization of Kelley Hydraulics, Inc. Dated January 3, 2022* [Dkt. No. 32]<br>2. *Objection to Confirmation of Subchapter V Plan of Reorganization of Kelley Hydraulics, Inc. Dated January 3, 2022* [Dkt. No. 59] |

3094623_1

1

**Exhibits**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Operating Report for Filing Period 2022-01 [Dkt. No. 54] (16 pages) | | | | |
| 2. | | | | | |
| 3. | | | | | |

NLCG Private Lending Fund, LLC, reserves any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party and use any other exhibit designated by any other party to the hearing.

DATED: March 17, 2022.

                Respectfully submitted,

                */s/ Alexander Perez*
                Alexander Perez    TBN: 24074879
                aperez@hwa.com
                Wayne Kitchens    TBN: 11541110
                wkitchens@hwa.com
                Hughes, Watters & Askanase, LLP
                1201 Louisiana Street, 28th Floor
                Houston, Texas 77002
                Telephone:    (713) 759-0818
                Facsimile:     (713) 759-6834
                **ATTORNEYS FOR NLCG PRIVATE LENDING FUND, LLC**

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, a true and correct copy of the foregoing *Exhibit and Witness List* was served by electronic mail on all parties entitled to receive notice by the Court's CM/ECF system.

    */s/ Alexander Perez*
    Alexander Perez

3094623_1

3