| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **U.S. Bankruptcy Court, Southern District of Texas** | | | | | |
| 2 | **Houston Division** | | | | | |
| 3 | **Debtor Name:** | | Kelley Hydraulics Inc. | | **AMENDED** | ☐ |
| 4 | **Case No.** | | 21-33269 | | | |
| 5 | | | | | | |
| 6 | **Monthly Operating report for Small Business Under Chapter 11** | | | | | |
| 7 | **(Based upon Official Form 425C)** | | | | | |
| 8 | Month: | 2022-01 (January 2022) | | Date Filed: | See file-stamp above | |
| 9 | Line of Business: | Hydraulic repair | | NAISC Code: | | |
| 10 | | | | | | |
| 11 | **In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete** | | | | | |
| 12 | Responsible Party: | | Joe Kelley | | | |
| 13 | Original Signature of Responsible | | /s/ Joe Kelley | | | |
| 14 | Printed Name of responsible party: | | Joe Kelley | | | |
| 15 | | | | | | |
| 16 | **1. QUESTIONNAIRE** | | | | | |
| 17 | ***Question*** | | | | | ***Response*** |
| 18 | ***If you answer NO to any of the questions in lines 1-9,attach an explanation and label it as Exhibit A.*** | | | | | |
| 19 | 1.  Did the business operate during the entire reporting period? | | | | | Yes |
| 20 | 2.  Do you plan to continue to operate the business next month? | | | | | Yes |
| 21 | 3.  Have you paid all of your bills on time? | | | | | Yes |
| 22 | 4.  Did you pay your employees on time? | | | | | N/A |
| 23 | 5.  Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | | | | | Yes |
| 24 | 6.  Have you timely filed your tax returns and paid all of your taxes? | | | | | No |
| 25 | 7.  Have you timely filed all other required government filings? | | | | | N/A |
| 26 | 8.  Are you current on  quarterly fee payments to the U.S. Trustee? | | | | | N/A |
| 27 | 9.  Have you timely paid all of your insurance premiums? | | | | | Yes |
| 28 | ***If you answer YES to any of the questions in lines 10-18, attach an explanation and label it as Exhibit B.*** | | | | | |
| 29 | 10.  Do you have any bank accounts open other than the DIP accounts? | | | | | No |
| 30 | 11.  Have you sold any assets other than inventory? | | | | | No |
| 31 | 12.  Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | | | | No |
| 32 | 13.  Did any insurance company cancel your policy? | | | | | No |
| 33 | 14.  Did you have any unusual or significant unanticipated expenses? | | | | | No |
| 34 | 15.  Have you borrowed money from anyone or has anyone made any | | | | | No |
| 35 | 16.  Has anyone made an investment in your business? | | | | | No |
| 36 | 17.  Have you paid any bills you owed before you filed bankruptcy? | | | | | No |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 37 | 18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | | | | | No |
| 38 | | | | | | |
| 39 | **EXHIBIT A -- Explanations to Part 1 (if applicable).** | | | | | |
| 40 | **Question No.** | **Explanation.** | | | | |
| 41 | | | | | | |
| 42 | 6 | Debtor has not filed 2019 and 2020 tax returns. Debtor awaits completion of the returns  by CPA John Lovell. | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | **EXHIBIT B -- Explanations to Part 1 (if applicable).** | | | | | |
| 46 | **Question No.** | **Explanation.** | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 52 | **2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS** | | | | | |
| 53 | | | | | | |
| 54 | **19. Total opening balance of all accounts** | | | | 100.91 | |
| 55 | This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. | | | | | |
| 56 | | | | | | |
| 57 | **20. Total cash receipts** | | | | | |
| 58 | Attach a listing of all cash received for the month and label it Exhibit C. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of Exhibit C. | | | | | |
| 59 | *Report the total from Exhibit C here.* | | | | 3,016.10 | |
| 60 | | | | | | |
| 61 | **21. Total cash disbursements** | | | | | |
| 62 | Attach a listing of all payments you made in the month and label it Exhibit D. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of Exhibit D. | | | | | |
| 63 | *Report the total from Exhibit D here.* | | | | 2,964.85 | |
| 64 | | | | | | |
| 65 | **22. Net cash flow** | | | | 51.25 | |
| 66 | Subtract line 21 from line 20 and report the result here. This amount may be different from what you may have calculated as net profit. | | | | | |
| 67 | | | | | | |
| 68 | **23. Cash on hand at end of month.** | | | | 152.16 | |
| 69 | Add line 22 + line 19. Report the result here. Report this figure as the cash on hand at the beginning of the month on your next operating report. This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit. | | | | | |
| 70 | | | | | | |
| 71 | **3. UNPAID BILLS** | | | | | |
| 72 | | | | | | |
| 73 | Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it Exhibit E. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from Exhibit E here. | | | | | |
| 74 | **24. Total Payables (Exhibit E)** | | | | 0.00 | |
| 75 | | | | | | |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 76 | **4. MONEY OWED TO THE DEBTOR** | | | | | |
| 77 | Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it Exhibit F. Identify who owes you money, how much is owed, and when payment is due. Report the total from Exhibit F here. | | | | | |
| 78 | **24.  Total Receivables (Exhibit F)** | | | | 2,910.00 | |
| 79 | | | | | | |
| 80 | **5. EMPLOYEES** | | | | | |
| 81 | 26. What was the number of employees when the case was filed? | | | | 1.00 | |
| 82 | 27. What is the number of employees as of the date of this monthly report? | | | | 1.00 | |
| 83 | | | | | | |
| 84 | **6. PROFESSIONAL FEES** | | | | | |
| 85 | 28. How much have you paid this month in professional fees related to this bankruptcy case? | | | | 0.00 | |
| 86 | 29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? | | | | 0.00 | |
| 87 | 30. How much have you paid this month in other professional fees? | | | | 0.00 | |
| 88 | 31. How much have you paid in total other professional fees since filing the case? | | | | 0.00 | |
| 89 | | | | | | |
| 90 | **7. PROJECTIONS** | | | | | |
| 91 | Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any. | | | | | |
| 92 | | | **Projected** | **Actual** | **Difference** | |
| 93 | 32. Cash receipts | | 12,500.00 | 3,016.10 | (9,483.90) | |
| 94 | 33. Cash disbursements | | 3,500.00 | 2,964.85 | 535.15 | |
| 95 | 34. Net cash flow | | 9,000.00 | 51.25 | (8,948.75) | |
| 96 | 35. Total projected cash receipts for the next month: | | | | 12,500.00 | |
| 97 | 36. Total projected cash disbursements for the next month: | | | | 3,000.00 | |
| 98 | 37. Total projected net cash flow for the next month: | | | | 9,500.00 | |
| 99 | | | | | | |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 100 | **7. ADDITIONAL INFORMATION** | | | | | |
| 101 | If available, check the box to the left and attach copies of the following documents | | | | | |
| 102 | ☒ | | 38. Bank statements for each open account (redact all but the last 4 digits of account | | | |
| 103 | ☐ | | 39. Bank reconciliation reports for each account. | | | |
| 104 | ☐ | | 40. Financial reports such as an income statement (profit & loss) and/or balance sheet. | | | |
| 105 | ☐ | | 41. Budget, projection, or forecast reports. | | | |
| 106 | ☐ | | 42. Project, job costing, or work-in-progress reports. | | | |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Debtor | | | Kelley Hydraulics Inc. | | | |
| 2 | Case No. | | | 21-33269 | | | |
| 3 | MOR Month | | | 2022-01 (January 2022) | | | |
| 4 | | | | | | | |
| 5 | **EXHIBIT C - RECEIPTS** | | | | | | |
| 6 | | | | | | | |
| 7 | **Date** | **Payor / Source** | | | | | **Amount** |
| 8 | 1/6/2022 | Deposit | | | | | 200.00 |
| 9 | 1/10/2022 | Deposit | | | | | 400.00 |
| 10 | 1/13/2022 | Deposit | | | | | 155.00 |
| 11 | 1/14/2022 | Deposit | | | | | 300.00 |
| 12 | 1/18/2022 | Kelley Hydraulic | | | | | 125.54 |
| 13 | 1/19/2022 | Kelley Hydraulic | | | | | 34.86 |
| 14 | 1/20/2022 | Deposit | | | | | 300.00 |
| 15 | 1/25/2022 | Kelley Hydraulic | | | | | 150.70 |
| 16 | 1/27/2022 | Deposit | | | | | 1,350.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | **TOTAL** | | | | | **3,016.10** |
| 23 | *Add additional rows as necessary.* | | | | | | |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Debtor | | | Kelley Hydraulics Inc. | | | | | |
| 2 | Case No. | | | 21-33269 | | | | | |
| 3 | MOR Month | | | 2022-01 (January 2022) | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | **EXHIBIT D - DISBURSEMENTS** | | | | | |
| 6 | | | | | | | | | |
| 7 | **Date** | **Payee** | | | | | **Purpose** | | **Amount** |
| 8 | 1/3/2022 | Kelley Hydraulics | | | | | | | 7.85 |
| 9 | 1/4/2022 | Kelley Hydraulics | | | | | | | 43.90 |
| 10 | 1/4/2022 | Overdraft fee | | | | | | | 30.00 |
| 11 | 1/14/2022 | Monthly Transfer to Rizwan Raja | | | | | | | 441.00 |
| 12 | 1/18/2022 | Overdraft fee | | | | | | | 60.00 |
| 13 | 1/20/2022 | Kelley Hydraulics | | | | | | | 0.05 |
| 14 | 1/26/2022 | Kelley Hydraulics | | | | | | | 0.05 |
| 15 | 1/28/2022 | Loan Payment | | | | | | | 355.04 |
| 16 | 1/31/2022 | Kelley Hydraulics | | | | | | | 5.46 |
| 17 | 1/31/2022 | Overdraft fee | | | | | | | 0.22 |
| 18 | 1/31/2022 | Maintenance fee | | | | | | | 8.00 |
| 19 | 1/3/2022 | LA Fitness | | | | | | | 10.83 |
| 20 | 1/3/2022 | Tractor Supply | | | | | | | 50.56 |
| 21 | 1/7/2022 | Arlans | | | | | | | 35.24 |
| 22 | 1/10/2022 | Buc-ee's | | | | | | | 39.64 |
| 23 | 1/10/2022 | LA Fitness | | | | | | | 32.46 |
| 24 | 1/10/2022 | Subway | | | | | | | 11.89 |
| 25 | 1/11/2022 | Ambit Texas LLC | | | | | | | 33.48 |
| 26 | 1/11/2022 | Tractor Supply | | | | | | | 7.42 |
| 27 | 1/11/2022 | Waller County Fertilizer | | | | | | | 34.65 |
| 28 | 1/12/2022 | HB Sealing Products | | | | | | | 143.63 |
| 29 | 1/12/2022 | Rise Broadband | | | | | | | 71.24 |
| 30 | 1/12/2022 | Hot Wok | | | | | | | 77.22 |
| 31 | 1/13/2022 | Amazon | | | | | | | 24.95 |
| 32 | 1/13/2022 | Amazon | | | | | | | 13.97 |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 7 | **Date** | **Payee** | | | | **Purpose** | | | **Amount** |
| 33 | 1/14/2022 | USA CSC Tep Co Cypress Tx | | | | | | | 2.00 |
| 34 | 1/14/2022 | The Joint Chiropractice | | | | | | | 19.00 |
| 35 | 1/18/2022 | HB Sealing Products | | | | | | | 120.57 |
| 36 | 1/18/2022 | City of Waller-Court | | | | | | | 160.00 |
| 37 | 1/18/2022 | Municipal Online Payment | | | | | | | 1.50 |
| 38 | 1/21/2022 | Amazon | | | | | | | 68.01 |
| 39 | 1/21/2022 | Apple.com | | | | | | | 10.71 |
| 40 | 1/21/2022 | Apple.com | | | | | | | 20.37 |
| 41 | 1/24/2022 | Chevron | | | | | | | 40.01 |
| 42 | 1/25/2022 | Amazon | | | | | | | 17.05 |
| 43 | 1/25/2022 | Amazon | | | | | | | 17.08 |
| 44 | 1/26/2022 | Tractor Supply | | | | | | | 42.37 |
| 45 | 1/26/2022 | HBO Max | | | | | | | 16.08 |
| 46 | 1/26/2022 | Napa Waller | | | | | | | 44.93 |
| 47 | 1/28/2022 | Apple.com | | | | | | | 21.44 |
| 48 | 1/28/2022 | Exxon Mobil | | | | | | | 15.00 |
| 49 | 1/31/2022 | Tractor Supply | | | | | | | 36.33 |
| 50 | 1/31/2022 | HB Sealing Products | | | | | | | 200.77 |
| 51 | 1/31/2022 | Tractor Supply | | | | | | | 77.41 |
| 52 | 1/31/2022 | Hometown Hardware | | | | | | | 34.82 |
| 53 | 1/31/2022 | Buc-ee's | | | | | | | 48.54 |
| 54 | 1/31/2022 | WM Supercenter | | | | | | | 139.62 |
| 55 | 1/31/2022 | Tractor Supply | | | | | | | 28.54 |
| 56 | 1/31/2022 | Prime Video | | | | | | | 21.44 |
| 57 | 1/31/2022 | Sonic Drive in | | | | | | | 7.66 |
| 58 | 1/31/2022 | Waller Storage Center | | | | | | | 100.00 |
| 59 | 1/31/2022 | Tractor Supply | | | | | | | 82.34 |
| 60 | 1/31/2022 | Arlans | | | | | | | 21.49 |
| 61 | 1/31/2022 | Tractor Supply | | | | | | | 11.02 |
| 62 | | | | | | | **TOTAL** | | **2,964.85** |
| 63 | *Add additional rows as necessary.* | | | | | | | | |

|  | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Debtor | | | | Kelley Hydraulics Inc. | | | | | |
| 2 | Case No. | | | | 21-33269 | | | | | |
| 3 | MOR Month | | | | 2022-01 (January 2022) | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | **EXHIBIT E - UNPAID BILLS (PAYABLES)** | | | | | | |
| 6 | | | | | | | | | | |
| 7 | Date Incurred | Date Due | Creditor Name | | | | Purpose | | | Amount |
| 8 | | | | | | | | | | 0.00 |
| 9 | | | | | | | | | | 0.00 |
| 10 | | | | | | | | | | 0.00 |
| 11 | | | | | | | | | | 0.00 |
| 12 | | | | | | | | | | 0.00 |
| 13 | | | | | | | | | | 0.00 |
| 14 | | | | | | | | | | 0.00 |
| 15 | | | | | | | | | | 0.00 |
| 16 | | | | | | | | | | 0.00 |
| 17 | | | | | | | | | | 0.00 |
| 18 | | | | | | | | | | 0.00 |
| 19 | | | | | | | | | | 0.00 |
| 20 | | | | | | | | | | 0.00 |
| 21 | | | | | | | | | | 0.00 |
| 22 | | | | | | | | | | 0.00 |
| 23 | | | | | | | | | | 0.00 |
| 24 | | | | | | | | | | 0.00 |
| 25 | | | | | | | | | | 0.00 |
| 26 | | | | | | | | **TOTAL** | | **0.00** |
| 27 | *Add additional rows as necessary.* | | | | | | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Debtor | | | | Kelley Hydraulics Inc. | |
| 2 | | Case No. | | | | 21-33269 | |
| 3 | | MOR Month | | | | 2022-01 (January 2022) | |
| 4 | | | | | | | |
| 5 | | **EXHIBIT F - MONEY OWED TO DEBTOR (RECEIVABLES)** | | | | | |
| 6 | | | | | | | |
| 7 | **Date Incurred** | **Date Due** | **Customer / Obligor Name** | | | | **Amount** |
| 8 | | 2/18/2022 | Brookside Equipment | | | | 1,325.00 |
| 9 | | 2/5/2022 | All Seasons Grass | | | | 785.00 |
| 10 | | 2/22/2022 | FieldStore Propane | | | | 800.00 |
| 11 | | | | | | | |
| 12 | | | | | | | 0.00 |
| 13 | | | | | | | 0.00 |
| 14 | | | | | | | 0.00 |
| 15 | | | | | | | 0.00 |
| 16 | | | | | | | 0.00 |
| 17 | | | | | | | 0.00 |
| 18 | | | | | | | 0.00 |
| 19 | | | | | | | 0.00 |
| 20 | | | | | | | 0.00 |
| 21 | | | | | | | 0.00 |
| 22 | | | | | | | 0.00 |
| 23 | | | | | | | 0.00 |
| 24 | | | | | | | 0.00 |
| 25 | | | | | | | 0.00 |
| 26 | | | **TOTAL** | | | | **2,910.00** |
| 27 | *Add additional rows as necessary.* | | | | | | |

Case 21-33209 Document 624 Filed in TXSB on 03/27/22 Page 11 of 16

**FNB**

First National Bank of Bellville
PO Box 128 ▪ Bellville, TX 77418-0128
979-865-3181 / 936-372-2330 / 979-478-6900

Page     1 of 6

Account Number:
Date                01/31/22

KELLEY HYDRAULICS INC
17933 FM 362 RD
WALLER TX 77484-9397

| **FIRST BASIC BUS CHECKING** | **Acct** | |
|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 1/01/22 | 100.91 | |
| Deposits / Misc Credits | 9 | 3,016.10 | |
| Withdrawals / Misc Debits | 54 | 2,964.85 | |
| ** Ending Balance | 1/31/22 | 152.16 | ** |
| Service Charge | | 8.00 | |
| Average Balance | | 204 | |
| Minimum Balance | | 191 - | |
| Enclosures | | 7 | |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 1/06 | 200.00 | Deposit |
| 1/10 | 400.00 | Deposit |
| 1/13 | 155.00 | Deposit |
| 1/14 | 300.00 | Deposit |
| 1/18 | 125.54 | EPX ST 032757710/MERCH SETL |
| | | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/19 | 34.86 | EPX ST 032757710/MERCH SETL |
| | | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/20 | 300.00 | Deposit |
| 1/25 | 150.70 | EPX ST 032757710/MERCH SETL |
| | | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/27 | 1,350.00 | Deposit |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 1/03 | 7.85 | EPX ST 032757710/MERCH SETL |
| | | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/04 | 43.90 | EPX FE 032757710/MERCH SETL |
| | | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/04 | 30.00 | Overdraft Fee |
| 1/14 | 441.00 | MONTHLY TRANSER TO RIZWAN RAJA |
| 1/18 | 60.00 | Overdraft Fee |

First National Bank of Bellville · admin TX SE on 02 27 22 Page 12 of 16
PO Box 128 · Bellville, TX 77418-0128
979-865-3181 / 936-372-2330 / 979-478-6900

Account Number:
Date                01/31/22

KELLEY HYDRAULICS INC

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|
| 1/20 | .05 | EPX ST 032757710/MERCH SETL |
|      |     | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/26 | .05 | EPX ST 032757710/MERCH SETL |
|      |     | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/28 | 355.04 | Loan Payment 1216036 PER BRENT |
| 1/31 | 5.46 | EPX ST 032757710/MERCH SETL |
|      |     | 3130032757710 KELLEY HYDRAULICS INC. |
| 1/31 | .22 | Overdraft Interest Rate = 18.000% |
| 1/31 | 8.00 | MAINTENANCE FEE |

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
| 1/03 | | 10.83 | POS Purchase Non-PIN |
|      | | | LA FITNESS 9492558100 CA 0000 |
|      | | | *****1062 01/01 20:58 |
| 1/03 | | 50.56 | POS Purchase Non-PIN |
|      | | | TRACTOR SUPPLY CO #550 866-872-4850 TN |
|      | | | 999999 *****4249 12/30 08:17 |
| 1/07 | | 35.24 | POS Purchase With PIN |
|      | | | ARLANS #20 WALLER TX 202323 |
|      | | | *****1062 01/06 19:23 |
| 1/10 | | 39.64 | POS Purchase Non-PIN |
|      | | | BUC-EE'S #18 WALLER TX 102 |
|      | | | *****1062 01/07 16:44 |
| 1/10 | | 32.46 | POS Purchase Non-PIN |
|      | | | LA FITNESS 9492558100 CA 0000 |
|      | | | *****1062 01/07 20:51 |
| 1/10 | | 11.89 | POS Purchase Non-PIN |
|      | | | Subway 55509 Waller TX 754655 |
|      | | | *****1062 01/08 20:43 |
| 1/10 | | 33.48 | POS Purchase Non-PIN |
|      | | | AMBIT TEXAS, LLC 877-282-6248 TX |
|      | | | 999999 *****4249 01/09 09:34 |
| 1/11 | | 7.42 | POS Purchase Non-PIN |
|      | | | TRACTOR SUPPLY C WALLER TX 000001 |
|      | | | *****1062 01/10 15:24 |
| 1/11 | | 34.65 | POS Purchase Non-PIN |
|      | | | WALLER COUNTY FERTILIZ HEMPSTEAD TX |
|      | | | 7192 *****1062 01/10 08:12 |
| 1/12 | | 143.63 | POS Purchase Non-PIN |
|      | | | HB Sealing Products We 727-796-1300 FL |
|      | | | 999999 *****4249 01/10 22:40 |
| 1/12 | | 71.24 | POS Purchase Non-PIN |
|      | | | RISE BROADBAND 100 8444117473 CO |
|      | | | 0000 *****4249 01/10 22:57 |
| 1/12 | | 77.22 | POS Purchase Non-PIN |
|      | | | HOT WOK CYPRESS TX 3598 |
|      | | | *****1062 01/10 01:33 |
| 1/13 | | 24.95 | POS Purchase Non-PIN |

First National Bank of Bellville · Filed in TX SE on 02/27/22 · Page 13 of 16

PO Box 128 · Bellville, TX 77418-0128

979-865-3181 / 936-372-2330 / 979-478-6900

Account Number:

Date                    01/31/22

KELLEY HYDRAULICS INC

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
|  |  |  | AMAZON.COM SEATTLE WA 000001 |
|  |  |  | *****1062 01/12 12:13 |
| 1/13 |  | 13.97 | POS Purchase Non-PIN |
|  |  |  | AMAZON.COM SEATTLE WA 000001 |
|  |  |  | *****1062 01/12 14:25 |
| 1/14 |  | 2.00 | POS Purchase Non-PIN |
|  |  |  | USA*CSC TEP CO CYPRESS TX 999999 |
|  |  |  | *****1062 01/13 21:11 |
| 1/14 |  | 19.00 | POS Purchase Non-PIN |
|  |  |  | THE JOINT CHIROPRACTIC TOMBALL TX |
|  |  |  | 751373 *****1062 01/13 01:45 |
| 1/18 |  | 120.57 | POS Purchase Non-PIN |
|  |  |  | HB Sealing Products We 727-796-1300 FL |
|  |  |  | 999999 *****1062 01/13 22:41 |
| 1/18 |  | 160.00 | POS Purchase Non-PIN |
|  |  |  | CITY OF WALLER-COURT E WALLER TX |
|  |  |  | 032884 *****1062 01/14 01:47 |
| 1/18 |  | 1.50 | POS Purchase Non-PIN |
|  |  |  | MUNICIPAL ONLINE PAYME LUBBOCK TX |
|  |  |  | 505372 *****1062 01/16 04:37 |
| 1/21 |  | 68.01 | POS Purchase Non-PIN |
|  |  |  | AMAZON.COM SEATTLE WA 000001 |
|  |  |  | *****1062 01/20 13:24 |
| 1/21 |  | 10.71 | POS Purchase Non-PIN |
|  |  |  | APPLE.COM/BILL 866-712-7753 CA |
|  |  |  | 999999 *****4249 01/21 08:36 |
| 1/21 |  | 20.37 | POS Purchase Non-PIN |
|  |  |  | APPLE.COM/BILL 866-712-7753 CA |
|  |  |  | 999999 *****4249 01/21 08:42 |
| 1/24 |  | 40.01 | POS Purchase Non-PIN |
|  |  |  | CHEVRON 0379062 WALLER TX 999999 |
|  |  |  | *****4249 01/21 23:38 |
| 1/25 |  | 17.05 | POS Purchase Non-PIN |
|  |  |  | AMAZON.COM SEATTLE WA 000001 |
|  |  |  | *****1062 01/25 10:33 |
| 1/25 |  | 17.08 | POS Purchase Non-PIN |
|  |  |  | AMAZON.COM SEATTLE WA 000001 |
|  |  |  | *****1062 01/25 10:33 |
| 1/26 |  | 42.37 | POS Purchase Non-PIN |
|  |  |  | TRACTOR SUPPLY C WALLER TX 000002 |
|  |  |  | *****4249 01/25 18:30 |
| 1/26 |  | 16.08 | POS Purchase Non-PIN |
|  |  |  | HELP.HBOMAX.COM NEW YORK NY NBWN1Z |
|  |  |  | *****1062 01/25 23:09 |
| 1/26 |  | 44.93 | POS Purchase Non-PIN |
|  |  |  | NAPA WALLER 0040404 WALLER TX 0020 |
|  |  |  | *****1062 01/25 04:36 |
| 1/28 |  | 21.44 | POS Purchase Non-PIN |
|  |  |  | APPLE.COM/BILL 866-712-7753 CA |
|  |  |  | 999999 *****1062 01/28 09:00 |

First National Bank of Bellville · Held in TX SEE Poor 023 27 22  Page 14 of 16
Page 4 of 6
PO Box 128 · Bellville, TX 77418-0128
979-865-3181 / 936-372-2330 / 979-478-6900
Account Number:
Date 01/31/22

KELLEY HYDRAULICS INC

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 1/28 | | 15.00 | POS Purchase Non-PIN<br>EXXONMOBIL    48290324 CYPRESS TX<br>001 *****4249 01/27 09:56 |
| 1/31 | | 36.33 | POS Purchase Non-PIN<br>TRACTOR SUPPLY C WALLER TX 000002<br>*****1062 01/28 19:52 |
| 1/31 | | 200.77 | POS Purchase Non-PIN<br>HB Sealing Products We 727-796-1300 FL<br>999999 *****4249 01/27 22:51 |
| 1/31 | | 77.41 | POS Purchase Non-PIN<br>TRACTOR SUPPLY CO #200 WALLER TX<br>999999 *****4249 01/27 09:10 |
| 1/31 | | 34.82 | POS Purchase Non-PIN<br>HOMETOWN HARDWARE WALLER TX 2986<br>*****4249 01/28 09:16 |
| 1/31 | | 48.54 | POS Purchase Non-PIN<br>BUC-EE'S #18 WALLER TX 999999<br>*****4249 01/28 09:49 |
| 1/31 | | 139.62 | POS Purchase Non-PIN<br>WM SUPERCENTER # CYPRESS TX 509100<br>*****4249 01/29 11:45 |
| 1/31 | | 28.54 | POS Purchase Non-PIN<br>TRACTOR SUPPLY C WALLER TX 000001<br>*****1062 01/29 17:57 |
| 1/31 | | 21.44 | POS Purchase Non-PIN<br>Prime Video*AO95G57S3 888-802-3080 WA<br>999999 *****1062 01/30 04:44 |
| 1/31 | | 7.66 | POS Purchase Non-PIN<br>SONIC DRIVE IN #3132 WALLER TX<br>999999 *****1062 01/29 08:50 |
| 1/31 | | 100.00 | POS Purchase Non-PIN<br>WALLER STORAGE CENTER 936-3723655 TX<br>000000 *****4249 01/28 20:35 |
| 1/31 | | 82.34 | POS Purchase Non-PIN<br>TRACTOR SUPPLY CO #200 WALLER TX<br>999999 *****1062 01/30 08:27 |
| 1/31 | | 21.49 | POS Purchase Non-PIN<br>ARLANS #20 WALLER TX 999999<br>*****1062 01/30 08:44 |
| 1/31 | | 11.02 | POS Purchase Non-PIN<br>TRACTOR SUPPLY C WALLER TX 000001<br>*****1062 01/31 13:08 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/03 | 31.67 | 1/10 | 405.06 | 1/14 | 24.98 |
| 1/04 | 42.23 - | 1/11 | 362.99 | 1/18 | 191.55 - |
| 1/06 | 157.77 | 1/12 | 70.90 | 1/19 | 156.69 - |
| 1/07 | 122.53 | 1/13 | 186.98 | 1/20 | 143.26 |



First National Bank of Bellville
Case 22-33059 Document 624 Filed in TXSB on 03/27/22 Page 15 of 16

**First National Bank of Bellville**
PO Box 128 ▪ Bellville, TX 77418-0128
979-865-3181 / 936-372-2330 / 979-478-6900

Account Number:
Date                                01/31/22

KELLEY HYDRAULICS INC

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/21 | 44.17 | 1/26 | 17.30 | 1/31 | 152.16 |
| 1/24 | 4.16 | 1/27 | 1,367.30 | | |
| 1/25 | 120.73 | 1/28 | 975.82 | | |

## ScoreCard Summary

ScoreCard Rewards Summary for Card Number ending in 4249

To create your user profile and redeem points for the
ScoreCard Rewards program go to www.scorecardrewards.com.
For assistance and inquires call 1-800-854-0790 and
for the ScoreCard Travel Center call 1-833-566-5245.
ScoreCard Rewards Summary for Card Number ending in 4249

|  | Beginning Points | 12/25/21 | 20,035 |  |
|--|------------------|----------|--------|--|
|  | Points Earned |  | 431 |  |
| ** | Points Available | 1/24/22 | 20,466 | ** |

ScoreCard Rewards Summary for Card Number ending in 1062

|  | Beginning Points | 12/25/21 | 6,686 |  |
|--|------------------|----------|--------|--|
|  | Points Earned |  | 262 |  |
| ** | Points Available | 1/24/22 | 6,948 | ** |

PO Box 128 ▪ Bellville, TX 77418-0128
979-865-3181 / 936-372-2330

Account Number:



CHECKING DEPOSIT

FIRST NATIONAL BANK OF BELLVILLE
BELLVILLE, TX 77418 • (979) 865-3181
WALLER, TX 77484 • (936) 372-2330
WALLIS, TX 77485 • (979) 478-6900

DATE 1-6-22

NAME Joe Kelley

NET DEPOSIT $ 200 . 00

⑆5011⑈3687⑈

01/06/2022    $200.00



Checking Deposit
DDADEP

Customer: KELLEY HYDRAULICS INC

Date: 01/10/2022    Drawer #: 4204    Seq #: 63    Item Seq: 225558024830
Memo Line:

Amount: $    400.00

⑆5011⑈3687⑈

01/10/2022    $400.00

CHECKING DEPOSIT

FIRST NATIONAL BANK OF BELLVILLE
BELLVILLE, TX 77418 • (979) 865-3181
WALLER, TX 77484 • (936) 372-2330
WALLIS, TX 77485 • (979) 478-6900

CASH ► 80.00

DATE 1-13-22

NAME Kelley Hydraulics

NET DEPOSIT $ 155.—

⑆5011⑈3687⑈

01/13/2022    $155.00

CHECKING DEPOSIT

FIRST NATIONAL BANK OF BELLVILLE
BELLVILLE, TX 77418 • (979) 865-3181
WALLER, TX 77484 • (936) 372-2330
WALLIS, TX 77485 • (979) 478-6900

DATE 1-14

NAME Kelley Hyd.

NET DEPOSIT $ 300.—

⑆5011⑈3687⑈

01/14/2022    $300.00

Checking Deposit
DDADEP

Customer: KELLEY HYDRAULICS INC

Date: 01/20/2022    Drawer #: 4204    Seq #: 22    Item Seq: 225558055410
Memo Line:

Amount: $    300.00

⑆5011⑈3687⑈

01/20/2022    $300.00

Checking Deposit
DDADEP

Customer: KELLEY HYDRAULICS INC

Date: 01/27/2022    Drawer #: 4204    Seq #: 28    Item Seq: 225558071830
Memo Line:

Amount: $    1,350.00

⑆5011⑈3687⑈

01/27/2022    $1,350.00