UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## WITNESS AND EXHIBIT LIST

| Main Case No: 21-33269 | | Name of Debtor: | Kelley Hydraulics Inc. |
|---|---|---|---|
| | | | |
| **WITNESSES:**[1] | | | |
| 1. | Joe Kelley | Judge: | Marvin Isgur |
| 2. | Any witnesses designated by any other party. | Courtroom Deputy: | Tyler Laws |
| 3. | Any rebuttal witnesses as may be necessary. | Hearing Date: | March 21, 2022 |
| | | Hearing Time: | 1:30 p.m. |
| | | Party's Name: | Kelley Hydraulics Inc. |
| | | Attorney's Name: | Jeff Carruth |
| | | Attorney's Phone: | 713-341-1158 |
| | | Attorney's email: | jcarruth@wkpz.com |
| | | Nature of Proceeding: | *See list below.* |
| | | | |
| | | | |
| **List regarding Nature of the Proceeding:** *Chapter 11 plan (Docket No. 32)* *Confirmation Hearing (Docket No. 45)* | | | |

---

[1] Debtor reserves the right to amend and/or supplement this designation prior to the hearing(s), and to seek relief from the Court as might be necessary.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| KHI099 | Chapter 11 plan (Docket No. 32) | | | | |
| KHI100 | Chapter 11 plan -- Asset analysis (Docket No. 32) | | | | |
| KHI101 | Chapter 11 plan – Claims analysis (Docket No. 32) | | | | |
| KHI102 | Chapter 11 plan – Liquidation analysis (Docket No. 32) | | | | |
| KHI103 | Chapter 11 plan – Projections (Docket No. 32) | | | | |
| KHI104 | Transmittal of Listing Agreement to NLCG, March 16, 2022 | | | | |
| KHI105 | Listing Agreement | | | | |
| | *Any item designated by any other party.* | | | | |
| | *Rebuttal exhibits as necessary.* | | | | |

Dated: March 18, 2022         Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: */s/ Jeff Carruth*
     JEFF CARRUTH (TX SBN:. 24001846)
     3030 Matlock Rd., Suite 201
     Arlington, Texas 76105
     Telephone: (713) 341-1158
     Fax: (866) 666-5322
     E-mail: jcarruth@wkpz.com
ATTORNEYS FOR KELLEY HYDRAULICS, INC., DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 18, 2022 to Alex Perez by EFC notification and direct email.

        */s/ Jeff Carruth*
        JEFF CARRUTH