UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KELLEY HYDRAULICS, INC., | § | CASE NO. 21-33269 |
| | § | |
| DEBTOR. | § | |

### MOTION OF DEBTOR TO DISMISS CASE

> **THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE MARVIN ISGUR, U.S. BANKRUPTCY JUDGE:**

KELLEY HYDRAULICS, INC. debtor and debtor in possession ("KHI" or the "Debtor") file this *Motion of Debtor to Dismiss Case* (the "Motion to Dismiss") and in support thereof would show the Court the following.

### INTRODUCTION

1. This motion seeks authorization for the Debtor to voluntarily dismiss this Chapter 11 case.

2. As of the filing of this Motion, the Subchapter V Trustee, NLCG Private Lending Group LLC (the first lien holder, often referred to as Next Level) ("NLCG"), and the local tax authorities represented by Perdue Brandon do not oppose dismissal.

3. The IRS has indicated that the IRS will express a view on dismissal once a motion to dismiss is filed.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this action pursuant to, and without limitation §§ 105 and 1101 et seq. of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

5. Venue action is proper in this Court pursuant to 28 U.S.C. § 1409.

6. This is a core proceeding within the meaning of 11 U.S.C. §157(b).

7. The Court may try this matter to a conclusion and enter final orders under *Stern v. Marshall*, 131 S. Ct. 2594 (U.S. 2011).

## FACTUAL BACKGROUND

**The identify and background of the Debtors and Debtors in Possession.**

8. KHI is the owner of a 10 acre tract of real property near Waller, Texas (the "Subject Property") that serves as the location of the hydraulics repair business of KHI and also serves as the residence of Joe Kelley.

**The Commencement of the Bankruptcy Cases.**

9. On October 5, 2021, KHI commenced the above-captioned Chapter 11 case (under Subchapter V) by filing a voluntary petition.

10. KHI commenced this case in order to stop the foreclosure of the subject real property by the first lien holder and following the exhaustion of attempts to delay foreclosure in order to potentially resolve the first lien indebtedness.

**Factual background in support of the relief requested.**

11. The Debtor has reached as resolution with NLCG that resolves the foundational dispute that led to the filing of this Chapter 11 case.

12. Dismissal of the case will better permit the Debtor to fulfill the resolution that has been reached with NLCG.

13. The Debtor proposes that this dismissal be with prejudice for 180-days to the refiling of any subsequent Chapter 11 case by the Debtor and/or by Joe Kelley, provided that such prohibition shall end as to Joe Kelley individually upon a resolution of the Next Level lien position.

## RELIEF REQUESTED

14. Accordingly, pursuant to Code §§ 105 and/or 1112, the Debtor respectfully requests that this Chapter 11 case be dismissed with prejudice to the voluntary commencement of any subsequent bankruptcy case by the Debtor for a period of 180-days from the entry of the dismissal order, as set forth in the proposed agreed order.

15. A proposed form of agreed order accompanies this Motion to Dismiss and is incorporated by reference herein.

## BASIS OF RELIEF

16. KHI believes that dismissal would be in its best interest and in the best interest of its creditors.

17. Dismissal will enable the Debtor to better address the disposition of the Subject Property and resolution of the first lien indebtedness of Next Level.

18. The proposed dismissal is not a so-called "structured dismissal" as evidenced by the proposed order.

19. In order to resolve potential creditor objections in advance, KHI further requests that such dismissal be with prejudice for 180 days form the entry of the dismissal order, as set forth in the proposed order.

20. As indicated above, Next Level consents to a dismissal of this case.

21. The proof of claim on file by the IRS in this case relates to estimated liabilities. The ability of the IRS to collect against the Debtor, Joe Kelley, and/or any other responsible persons will not be diminished by dismissal. Furthermore, the Debtor is a "sub-S" entity and any tax liabilities would flow through to Joe Kelley individually.

## RESERVATION OF RIGHTS

22. KHI reserves the right to amend and/or supplement this Motion prior to any hearing.

23. KHI further reserves the right to withdraw this Motion to Dismiss and maintain this Chapter 11 case if circumstances warrant.

## CONCLUSION AND PRAYER

WHEREFORE, the Kelley Hydraulics, Inc, the debtor and debtor-in-possession, respectfully requests that the Court enter an order granting the Motion to Dismiss this case as set forth in the accompanying proposed order. Debtor respectfully request that the Court grant to Debtor such other and further relief to which Debtor is entitled at law or in equity.

Dated: March 18, 2022		Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR KELLEY HYDRAULICS, INC., DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 18, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility, as set forth in the attached lists.

 */s/ Jeff Carruth*
 JEFF CARRUTH

**21-33269 Notice will be electronically mailed to:**

Jeffery Dayne Carruth on behalf of Debtor Kelley Hydraulics, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Drew McManigle
drew@MaccoRestructuringGroup.com, kathy@macco.group;TX86@ecfcbis.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Owen Mark Sonik on behalf of Creditor WALLER COUNTY, et al
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

**REGULAR MAIL LIST / MATRIX**

| Address1 | Address2 | Address3 | Address4 | Address5 | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Kelley Hydraulics, Inc | 17933 FM 362 | | | Waller, TX 77484-9397 | Direct email |
| Next Level Capital Solutions, LLC | c/o Alexander Perez | Hughes Watters Askanase | 1201 Louisiana, 28th Fl | Houston, TX 77002-5607 | NOA-ECF |
| WALLER COUNTY, et al | | | | | undeliverable |
| Harris County, et al. | c/o John P. Dillman | Linebarger Goggan Blair & Sampson | P O Box 3064 | Houston, TX 77253-3064 | NOA-ECF |
| Internal Revenue Service | 7200 N MoPac, Suite 120 | | | Austin, TX 78731-3058 | Regular mail |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | | Philadelphia, PA 19101-7346 | preferred |
| Internal Revenue Service | Special Procedures Staff - Insolvency | P. O. Box 7346 | | Philadelphia, PA 19101-7346 | Regular mail |
| Joe Kelley | 17933 FM 362 | | | Waller, TX 77484-9397 | Direct email |
| NLCG Private Lending Fund, LLC | 2200 Market St, Suite 412 | | | Galveston, TX 77550-1532 | NOA-ECF |
| Peter J. Sapio Jr | Doyle Law Firm | 6710 Stewart Rd #300 | | Galveston, TX 77551-2216 | n/a - NLCG prepetition counsel |
| Securities & Exchange Commission | Attn: Angela Dodd | 175 W. Jackson Blvd. | Suite 900 | Chicago, IL 60604-2908 | Regular mail |
| US Trustee | Office of the US Trustee | 515 Rusk Ave | Ste 3516 | Houston, TX 77002-2604 | NOA-ECF |
| WALLER COUNTY | 730 9TH STREET | | | HEMPSTEAD TX 77445-4534 | NOA-ECF |
| Waller County School District | 1918 Key St | | | Waller, TX 77484-8400 | NOA-ECF |
| Drew McManigle | Chapter 11 Trustee | 700 Milam, Suite 1300 | | Houston, TX 77002-2736 | NOA-ECF |
| Jeffery Dayne Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 24 Greenway Plaza, #2050 | | Houston, TX 77046-2445 | n/a |

Kelley Hydraulics, Inc. -- MODIFIED SERVICE LIST January 25, 2022

**MOTION OF DEBTOR TO DISMISS CASE — Page 1**    2078296.DOCX [3]

**PROPOSED FINAL ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KELLEY HYDRAULICS, INC., | § § | CASE NO. 21-33269 |
| DEBTOR. | § | |

**AGREED ORDER GRANTING MOTION OF DEBTOR TO DISMISS CASE (RE: DOCKET NO. ___)**

On this day came on for consideration the *Motion of Debtor to Dismiss Case* (Docket No. ___) (the "Motion to Dismiss") filed herein on March 18, 2022 by Kelley Hydraulics, Inc., debtor and debtor in possession ("KHI" or the "Debtor"). The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Local Bankruptcy Rules (the "Rules"), no objections or requests for a hearing were filed or otherwise received within the time period specified under the Rules, and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Dismiss is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. This case is hereby dismissed effective immediately upon entry of this Order.

4. This dismissal is with prejudice to the Debtor or Joseph Kelley individually filing any subsequent bankruptcy case for a period of 180 days from the entry of this Order; *provided*, however, that such prohibition shall terminate with respect to Joseph Kelley individually upon the earlier of (i) a release of the lien of NLCG

Private Lending Group LLC ("NLCG") with respect to the Subject Property or (ii) NLCG otherwise taking title to the Subject Property.

Dated: _____

_____
THE HON. MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

*{continued on following sheet}*

**AGREED:**

*/s/ Alexander Perez*\*
Alexander Perez TBN: 24074879
aperez@hwa.com
Wayne Kitchens TBN: 11541110
wkitchens@hwa.com
Hughes, Watters & Askanase, LLP
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
Telephone: (713) 759-0818
Facsimile: (713) 759-6834

**ATTORNEYS FOR NLCG PRIVATE LENDING FUND, LLC**

**Joseph Kelley, INDIVIDUALLY**

/s/ Joseph Kelley*
Joseph Kelley, individually

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
 JEFF CARRUTH (TX SBN:. 24001846)
 3030 Matlock Rd., Suite 201
 Arlington, Texas 76105
 Telephone: (713) 341-1158
 Fax: (866) 666-5322
 E-mail: jcarruth@wkpz.com

**ATTORNEYS FOR
KELLEY HYDRAULICS, INC.,
DEBTOR AND DEBTOR IN POSSESSION**

*\* Signature by permission by /s/ Jeff Carruth*

**AGREED ORDER GRANTING MOTION OF DEBTOR TO DISMISS CASE
(RE: DOCKET NO. \_\_\_) — Page 3**                                          2078296.DOCX [5]